THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAHYA NAWABI,<br><br>Defendant. | No. CR06-5635 RBL<br><br>STIPULATED ORDER OF WITHDRAWAL AND SUBSTITUTION |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the motion of the defendant for an Order of Withdrawal and Substitution.

THE COURT HAVING FOUND that the defendant has retained John Henry Browne and Jessica Riley as his counsel of choice, the Government having no objection to the substitution, and Russell Leonard, present counsel of record having no objection

IT IS HEREBY ORDERED that John Henry Browne and Jessica Riley be permitted to substitute in as counsel of record for the defendant, and that Russell Leonard is hereby permitted to withdraw as counsel of record for the defendant.

DONE IN OPEN COURT this 25th day of November, 2006.

_____
THE HONORABLE RONALD B. LEIGHTON

STIPULATED ORDER OF WITHDRAWAL AND
SUBSTITUTION - 1

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX (206) 388-0780

Presented by:

Yahya Nawabi, represented by:
LAW OFFICES OF JOHN HENRY BROWNE
s/ Jessica Riley
WSBA # 32705
2100 Exchange Building
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206-388-0780
Email: jriley@comcast.net

Approved for entry:

Plaintiff, USA, represented by:
UNITED STATES ATTORNEY'S OFFICE
s/ David Jennings, AUSA via telephonic approval
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3817
Fax: 253-428-3826
Email: david.jennings@usdoj.gov

STIPULATED ORDER OF WITHDRAWAL AND
SUBSTITUTION - 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780