06-CR-05635-ORD

THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

YAHYA NAWABI,

  Defendant.

No. CR06-5635 RBL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendant in this matter for an Order Continuing Trial, and the court having considered the records and files herein.

THE COURT HAVING FOUND that this is the first request for a continuance made by the defendant, that defense counsel recently substituted into the case on behalf of the defendant, that defense counsel requires additional time to review the discovery and consult with the defendant, that counsel for the defendant and the government are in the process of negotiating a plea agreement, and that continuing the trial date on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

IT IS HEREBY ORDERED that the trial date in this matter is continued from December 26, 2006 to April 23, 2007 at 9:00 am and that the Pre-Trial Motions cutoff date is reset to February 19, 2007.

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL - 1

LAW OFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

IT IS FURTHER ORDERED that the period of time between the current trial date of December 26, 2006 and the new trial date of _April 23_, 2007 is excluded in calculating the time within which trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DONE IN OPEN COURT this 27th day of November, 2006.

_____
THE HONORABLE RONALD B. LEIGHTON

Presented by:

Yahya Nawabi, represented by:
LAW OFFICES OF JOHN HENRY BROWNE
s/ Jessica Riley
WSBA # 32705
2100 Exchange Building
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206-388-0780

Approved for entry:

Plaintiff, USA, represented by:
UNITED STATES ATTORNEY'S OFFICE
s/ David Jennings, AUSA via telephonic approval
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3817
Fax: 253-428-3826
Email: david.jennings@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL - 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780