Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YAHYA NAJIB NAWABI, a/k/a ALEX NAWABI, and AMX GLOBAL FUNDING, INC.,<br>Defendants. | NO. CR06-5635RBL<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 21 U.S.C. § 2461(c) and 21 U.S.C. § 853(e)(1)(A), to maintain custody of certain property named for forfeiture in the Indictment filed in this matter. Having reviewed the United States' motion, the Court finds:

The property to which this order refers ("the property") is as follows:

1. $144,975.00 seized from Wells Fargo Bank, account number 514-1332154, held in the name of Metropolo Enterprise, Inc., under the control of Yahya Nawabi and Beena Bedi.

The property has been named in the Indictment in this case as subject to forfeiture. The property is currently in the custody of the Federal Bureau of

ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 1
CR06-5635RBL U.S. v. Yahya Najib Nawabi, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Investigation, and is subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.

The United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment herein which contains the allegation that, upon conviction, the property is subject to forfeiture. It is therefore

**ORDERED AND ADJUDGED**:

1. The United States' motion for a protective order is GRANTED.

2. The property identified above, shall remain in the custody of the Federal Bureau of Investigation, pending conclusion of the criminal forfeiture proceedings and further order of this Court.

3. The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

Dated this 5th day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington, 98101-1271
(206) 553-2242
(206) 553-6934 (Fax)
Richard.E.Cohen@usdoj.gov

ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
CR06-5635RBL U.S. v. Yahya Najib Nawabi, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970