Hon. Ronald B. Leighton

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> v. <br><br> YAHYA NAWABI, <br><br> Defendant. | No. CR 06 – 5635 RBL <br><br> ORDER GRANTING MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL FOR DEFENDANT |

Defendant's Motion for Withdrawal & Substitution of Counsel came on regularly for hearing, and the court being fully advised,

IT IS HEREBY ORDERED that John Henry Browne is permitted to withdraw as attorney for Defendant Yahya Nawabi in this action and Stephan R. Illa is substituted in his place as counsel of record effective this date.

DATED May 8, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL
FOR DEFENDANT - 1

LAW OFFICES OF STEPHAN R. ILLA, P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104

(206) 464-4142

1

2       Presented by:

3       LAW OFFICES OF STEPHAN R. ILLA

4

5

6

        Stephan R. Illa
7       Substituting Attorney for Defendant

8

9

10

11                              Certificate of Service

12      I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

13

14          Signed on May 7, 2007 Seattle, Washington.

15

16

17          Stephan R. Illa

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION FOR                    LAW OFFICES OF STEPHAN R. ILLA, P.S.
WITHDRAWAL & SUBSTITUTION OF COUNSEL                    600 FIRST AVENUE, SUITE 433
FOR DEFENDANT - 2                                       SEATTLE, WA 98104

                                                        (206) 464-4142