HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHYA NAWABI,<br><br>    Defendant. | Case No. CR06-5635RBL<br><br>ORDER |

THIS MATTER is before the Court on several motions filed by the defendant. Based upon the response provided by the government, it appears that all of the defendant's discovery requests are being met. Therefore, Defendant's Motions for Pretrial Disclosure of Brady Material [Dkt. #52], for Pretrial Disclosure of Expert Testimony and Evidence [Dkt. #54], for Pretrial Disclosure of Rule 404(b) Evidence [Dkt. #55], and to Compel Review and Production of Law Enforcement Files and Records (Henthorn) [Dkt. #56] are **GRANTED**.

Defendant also filed a Motion to Suppress Evidence of Custodial Statements and for a Voluntariness Hearing [Dkt. #53]. The defendant did not identify any specific statement he wishes to suppress and the government indicates that the defendant did not make any custodial statements to law enforcement. Therefore, Defendant's Motion to Suppress will be **DENIED** without prejudice and may be renewed if the current state of the evidence changes.

**IT IS SO ORDERED.**

1      The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.
3      Dated this 17th day of August, 2007.

> *[signature: Ronald B. Leighton]*
> RONALD B. LEIGHTON
> UNITED STATES DISTRICT JUDGE